UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:24-cr-173-SPC-NPM

JORDON SHANQUIAL BROWN
_____/

**PRELIMINARY ORDER OF FORFEITURE**

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 52). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting a **Smith & Wesson firearm (S/N TAL7325) and ammunition** seized on September 12, 2024. *See* 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above assets to the crime of conviction. The Court thus finds the United States is entitled to possession of the assets.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 52) is **GRANTED**.

1. The assets are **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 924(d), 28 U.S.C. §

2461(c) and Rule 32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at sentencing.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the assets.

**DONE** and **ORDERED** in Fort Myers, Florida on March 19, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record